## WILTON HYLTON *v.* COMMISSIONER OF CORRECTION

The petitioner Wilton Hylton's petition for certification for appeal from the Appellate Court, 67 Conn. App. 471 (AC 21508), is denied.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Anne O. Holley*, deputy assistant state's attorney, in opposition.

Decided February 6, 2002

## ANTONIO JOHNSON *v.* STATE OF CONNECTICUT*

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 330 (AC 21623), is granted, limited to the following issue:

"Did the Appellate Court abuse its discretion in affirming the compensation review board's reversal of the trial commissioner's decision that the claimant was entitled to his full salary under General Statutes § 5-142 (a)?"

The Supreme Court docket number is SC 16683.

*Mark E. Blakeman*, in support of the petition.

*Michael J. McAuliffe*, in opposition.

Decided February 6, 2002